UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDUSTRIAL CARRIERS INC.,

        Plaintiff,

  - against -

AL-NASR CO. FOR COKE & CHEMICALS,
A.K.A. AL-NASR COMPANY,

        Defendant.
------------------------------------------------------------X

08 CV _____
ECF CASE

JUDGE LYNCH
08 CV 2845

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:   NONE.

Dated: March 18, 2008
       New York, NY

                                The Plaintiff,
                                INDUSTRIAL CARRIERS INC.,

By: _____
Thomas L. Tisdale (TT 5263)
Lauren C. Davies (LD 1980)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 (Phone)
(212) 869-0067 (Fax)
ttisdale@tisdale-law.com
ldavies@tisdale-law.com